IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDDIE D. THOMAS,

      Appellant,

 v.                          Case No.  5D21-3140
                                 LT Case No. 2019-CF-01780-AOR

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed September 6, 2022

Appeal from the Circuit Court
for Orange County,
Robert Leblanc, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, SASSO and WOZNIAK, JJ., concur.